IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-199 KJM |
| Plaintiff, | ) ORDER |
| vs. | ) |
| KEVIN BLAINE CLINE, | ) Status hearing: October 19, 2020<br>) Time: 9:00 a.m<br>) Chief Judge Kimberly J. Mueller |
| Defendant. | ) |

The Defendant has moved, pursuant to 18 U.S.C. § 4241, that the Court Order that a psychiatric or psychological examination be conducted and that a report be filed pursuant to the provisions of 18 U.S.C. §§ 4247 (b) and (c). The Defendant has also moved to have all pretrial deadlines reset until after the Defendant has been found competent. As there is a reasonable basis to believe that the Defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, based upon the information provided by Assistant Federal Public Defender Lexi Negin, in Defendant's motion, the Court grants the motions.

Therefore, it is ORDERED that:

1. All pretrial deadlines are stayed and trial is continued until after the Defendant has been found competent;

2. Time is excluded under 18 U.S.C. § 3161(h)(1)(A) between the date of this order and the date the Court holds a hearing to determine the defendant's mental competency pursuant to 18 U.S.C. § 4247(d), following the evaluation by the Bureau of Prisons.

3. The Defendant is committed to the custody of the Bureau of Prisons for the period of examination for placement in a suitable facility;

4. The Defendant shall submit to a psychiatric or psychological examination by an examiner chosen by the Bureau of Prisons who is designated as an examiner under the provisions of Title 18, United States Code, Section 4247(b);

5. The psychiatric or psychological report ordered shall be prepared by the Bureau of Prisons and shall be filed with the Court with copies provided to counsel for the Defendant and to the attorney for the Government, and shall include:

    (a) the person's history and present symptoms;

    (b) a description of the psychiatric, psychological and medical tests employed and their results;

    (c) the examiner's findings; and

    (d) the examiner's opinions as to diagnosis, prognosis, and

    (e) whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

6. The Defendant, through his lawyer, Assistant Federal Defender Lexi Negin, shall forward copies of any and all available hospital, medical, psychological and psychiatric reports to the examiner. The Government, through the U.S. Attorney, shall submit to the Bureau of Prisons applicable case-related discovery materials and reports of any previous psychiatric and psychological reports that are in the possession of the U. S. Attorney's Office;

7. A copy of this Order shall be given to the United States Marshal and the Marshal shall make arrangements as necessary for the examination of the Defendant;

8. A copy of this Order shall be mailed to the Bureau of Prisons;

9. Upon the completion of the Defendant's examination, the Bureau of Prisons shall notify the Court, in writing, of the completion of the examination;

10. In accordance with Federal Rule of Criminal Procedure 12.2(c)(4), "[n]o statement made by the defendant in the course of any examination conducted under this rule (whether conducted with or without the defendant's consent), no testimony by the expert based on the

statement, and no other fruits of the statement may be admitted into evidence against the defendant in any criminal proceeding except on an issue regarding mental condition on which the defendant: (A) has introduced evidence of incompetency or evidence requiring notice under Rule 12.2(a) or (b)(1), or (B) has introduced expert evidence in a capital sentencing proceeding requiring notice under Rule 12.2(b)(2)."

DATED:  October 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE