PHILLIP A. TALBERT
Acting United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
CORINA YETTER
Certified Law Clerk
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KEVIN BLAINE CLINE,<br><br>          Defendant. | CASE NO. 2:19-CR-0199 KJM<br><br>STIPULATION AND ORDER FINDING DEFENDANT COMPETENT PURSUANT TO FORENSIC EVALUATION REPORT |

    IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney, through Christina McCall, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Alexandra P. Negin, attorneys for Kevin Blaine Cline, the following.

    On October 8, 2020, Ms. Negin filed a motion for determination of competency, representing that Mr. Cline had been unable to assist counsel in preparation of his defense, and informed the Court that she had discovered historical records indicating diagnoses of varying mental diseases or defects at several points in Mr. Cline's lifetime. ECF 21.

    The Court granted the proposed order for a competency evaluation to be conducted by the Bureau of Prisons, under 18 U.S.C. § 4247(b), and Mr. Cline was transferred to Metropolitan

Detention Center Los Angeles for a 30-day evaluation period. ECF 32. Pursuant to the Order, attorneys for the parties both submitted information to the Bureau of Prisons psychologists.

After the evaluation concluded, the Bureau of Prisons psychologists issued a 33-page Forensic Evaluation Report, opining that Mr. Cline appears to have the ability to understand the nature and consequences of the court proceedings against him, and to properly assist counsel in his defense, meeting the legal standard for competency. ECF 28 (filed under seal on March 16, 2021).

On May 17, 2021, the court held a videoconference hearing regarding the status of the Defendant's competency, after receiving the Forensic Psychological Evaluation Report. ECF 34. In preparation for that hearing, the parties, attorneys, and Court reviewed the Forensic Evaluation Report. Attorneys for both parties submitted on the Report and did not submit further evidence on the issue of Mr. Cline's competency. The minute order from the May 17 hearing does not reflect the Court's finding regarding competency.

The parties jointly request that, on the basis of the Forensic Evaluation Report and the fact that no further evidence or arguments were presented to the court, the Court finds Kevin Blaine Cline competent to proceed in this case.

Respectfully submitted,

DATED: August 2, 2021        PHILLIP A. TALBERT
                             Acting United States Attorney

                             /s/ Christina McCall
                             CHRISTINA McCALL
                             Assistant United States Attorney
                             Attorney for Plaintiff

DATED: August 2, 2021        HEATHER E. WILLIAMS
                             Federal Defender

                             /s/ Alexandra P. Negin
                             ALEXANDRA P. NEGIN
                             Assistant Federal Defender
                             Attorney for Defendant
                             KEVIN BLAINE KLINE

**O R D E R**

The Court, having received, read, and considered the attached stipulation of the parties, and good cause appearing, adopts the stipulation. The Court makes the following Findings and Order.

Having reviewed the Forensic Evaluation Report prepared by Bureau of Prisons psychologists pertaining to Mr. Cline, and receiving no contrary evidence or argument at the hearing on May 17, 2021, THIS COURT FINDS that Kevin Blaine Cline is competent to proceed in this case.

It is so ordered.

DATED: August 11, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE