PHILLIP A. TALBERT
Acting United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN BLAINE CLINE,<br><br>Defendant. | CASE NO. 2:19-CR-0199 KJM<br><br>ORDER RE: RESTITUTION |

The Court having considered the stipulation of the United States and the Defendant Kevin Blaine Cline ("defendant") with respect to restitution in this matter, and good cause appearing, hereby ORDERS:

1. The individuals identified as "Tara," "Jenny," "Sarah / Marineland," "Aprilblonde," and "Pia / Sweet White Sugar" are victims in this case within the meaning of 18 U.S.C. § 3663.

2. A reasonable and appropriate amount of restitution in the amount of $4,000 shall be paid to the individual known as Jenny.

3. The Court will issue an amended Judgment and Commitment Order to reflect the following:

    a. Restitution is ordered to be paid as follows:

/ / /

/ / /

[PROPOSED] ORDER RE: RESTITUTION

        i.        $4,000 shall be paid to "Marsh Law Firm PLLC in trust for Jenny" and the payments shall be sent to: The Marsh Law Firm PLLC ATTN: Jenny (2:18-CR-0095 TLN) Box 4668 #65135, New York, NY 10163-4668; and

4.    There are no other outstanding restitution issues in this case, because counsel for the victims known as Sarah / Marineland and Pia / Sweet White Sugar have withdrawn their restitution claims due to the unique circumstances of the case, and the government concedes it cannot meet its burden of establishing the victim known as Tara's restitution request under the circumstances of this case, and was not able to reach the victim's representative. Therefore, the Court vacates the restitution hearing set for December 13, 2021, at 9:30 a.m.

IT IS SO ORDERED.

DATED: December 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

[Proposed] Order Re: Restitution